IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES BAILEY,

    Plaintiff,

v.                                                                                  Case No. 4:22-cv-169-AW-MAF

DR. LUIS A. LOPEZ-RIVERA,
CENTURION, LLC, and the FLORIDA
DEPARTMENT OF CORRECTIONS,

    Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having considered the magistrate judge's January 10 report and recommendation (ECF No. 70), and having considered de novo the issues in Plaintiff's objections (ECF No. 71), I now adopt the report and recommendation and incorporate it into this order.

Plaintiff's motion to amend is denied because the proposed amendment would be futile. The proposed amendment still has insufficient allegations against Centurion to evade *Monell*. The individual-capacity claim against the Secretary fails because there are no allegations suggesting he personally did anything to cause Plaintiff's harm. The official-capacity claim against the Secretary would have the same Eleventh Amendment problem the earlier claim against the Department had. Plaintiff suggests in his objection that he seeks injunctive relief, and his proposed complaint does have a fleeting reference to that. *See* ECF No. 69 at 26 (seeking,

1

among other things, an order requiring "Defendant in his official capacity to change FDOC's said unconstitutional policy"). But Plaintiff has not alleged facts showing any imminent future harm.

The motion to amend (ECF No. 68) is DENIED. The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on February 2, 2024.

s/ *Allen Winsor*
United States District Judge